

**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION**
**GEORGETOWN UNIVERSITY LAW CENTER**

August 3, 2023

**<u>VIA CM-ECF</u>**
Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re: *Orangeburg County School District, et al., v. Bishop of Charleston, et al.*, Case No. 21-1912

Dear Ms. Connor,

      On February 28, 2022, this Court placed this appeal in abeyance pending resolution by this Court of the appeal in *Bishop of Charleston v. Adams*, No. 22-1175. On July 6, 2023, the Court issued a decision in No. 22-1175, in which it determined that the case was moot and directed the district court to dismiss the case. The mandate in No. 22-1175 issued on July 28, 2023.

      In this appeal, Appellants seek review of the district court's denial of their motion to intervene on the side of Defendants in the same district court case that generated the appeal in No. 22-1175. The district court denied Appellants' intervention motion prior to the parties' submission of cross-motions for summary judgment. After the district court granted summary judgment in favor of Defendants, Appellants in the instant appeal filed an unopposed motion to hold the appeal of the intervention order in abeyance. At that time, Appellants observed that "[i]f this Court affirms the grant of summary judgment against Plaintiffs and that affirmance is undisturbed by further review, the present appeal challenging the denial of intervention will become moot, as Appellants will have obtained all of the relief that they sought to obtain by intervening." This Court granted the motion, and this appeal has been held in abeyance since that time.

      This Court has now ruled against Plaintiffs in No. 22-1175. If that decision remains undisturbed by further review, this appeal will become moot. Accordingly, once the time for seeking certiorari has elapsed, Appellants intend to move to dismiss this appeal if Plaintiffs have not sought further review.

Sincerely,

*/s/Joseph W. Mead*
JOSEPH W. MEAD
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone (202) 662-9765
jm3468@georgetown.edu