No. 21-1912

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

ORANGEBURG COUNTY SCHOOL DISTRICT; SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,

*Movants-Appellants*,

v.

BISHOP OF CHARLESTON, a Corporation Sole, d/b/a Roman Catholic Diocese of Charleston; Sole; SOUTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, INC.,

*Plaintiffs-Appellees*,

and

MARCIA ADAMS, in her official capacity as the Executive Director of the South Carolina Department of Administration; BRIAN GAINES, in his official capacity as budget director for the South Carolina Department of Administration; HENRY MCMASTER, in his official capacity as Governor of South Carolina,

*Defendants-Appellees*,

and

STATE OF SOUTH CAROLINA,

*Intervenor/Defendant-Appellee*.

---

On appeal from the U.S. District Court
for the District of South Carolina
(Civil Action No. 2:21-cv-01093-BHH)

---

**APPELLANTS' MOTION TO DISMISS APPEAL**

1

## APPELLANTS' MOTION TO DISMISS APPEAL

Appellants respectfully request that the Court dismiss this appeal without fees or costs to any party.

In this appeal, Appellants seek review of the district court's denial of their motion to intervene on the side of Defendants in the same district court case that generated the appeal in 4th Circuit Case No. 22-1175. The district court denied Appellants' intervention motion prior to the parties' submission of cross-motions for summary judgment. After the district court granted summary judgment in favor of Defendants, Appellants in the instant appeal filed an unopposed motion to hold the appeal of the intervention order in abeyance. At that time, Appellants observed that "[i]f this Court affirms the grant of summary judgment against Plaintiffs and that affirmance is undisturbed by further review, the present appeal challenging the denial of intervention will become moot, as Appellants will have obtained all of the relief that they sought to obtain by intervening."

This Court has now ruled against Plaintiffs in No. 22-1175, and the time for seeking further review of that judgment has expired. The current appeal is now moot, and Appellants therefore request that the Court dismiss Appeal No. 21-1912 without fees or costs to any party.

Appellants asked counsel for other parties for their position on this motion. Counsel for Governor McMaster and the Department of Administration officials indicated they do not oppose the motion. Counsel for other parties did not respond.

## CONCLUSION

For these reasons, Appellants respectfully request that this Court dismiss this appeal without fees or costs awarded to any party.

October 26, 2022

Respectfully submitted,

PHILLIP D. BARBER
RICHARD A. HARPOOTLIAN P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina 29202
Phone (803) 252-4848
Facsimile (803) 252-4810
pdb@harpootlianlaw.com

SKYLER B. HUTTO
WILLIAMS & WILLIAMS
1281 Russell Street (29115)
Post Office Box 1084
Orangeburg, S.C. 29116
Phone (803) 534-5218
Facsimile (803) 536-6298
skyler@williamsattys.com

*/s/ Joseph W. Mead*
JOSEPH W. MEAD
KELSI B. CORKRAN
BEN GIFFORD
AMY L. MARSHAK
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW
CENTER
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone (202) 662-9765
jm3468@georgetown.edu