# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 26, 2023

_____

### RESPONSE REQUESTED
_____

No.  21-1912,   Bishop of Charleston v. Orangeburg County
           2:21-cv-01093-BHH

TO:   South Carolina Independent Colleges and Universities, Inc.
      Bishop of Charleston
      State of South Carolina

**RESPONSE DUE: 11/06/2023**

Response is required to the motion to dismiss on or before 11/06/2023.

Karen Stump, Deputy Clerk
804-916-2704