21-1912

---

# United States Court of Appeal for the Fourth Circuit

---

ORANGEBURG COUNTY SCHOOL DISTRICT; SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,

*Movants-Appellants*,

v.

BISHOP OF CHARLESTON, a Corporation Sole, d/b/a Roman Catholic Diocese of Charleston; Sole; SOUTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, INC.,

*Plaintiffs-Appellees*,

and

MARCIA ADAMS, in her official capacity as the Executive Director of the South Carolina Department of Administration; BRIAN GAINES, in his official capacity as budget director for the South Carolina Department of Administration; HENRY MCMASTER, in his official capacity as Governor of South Carolina,

*Defendants-Appellees*,

and

STATE OF SOUTH CAROLINA,

*Intervenor/Defendant-Appellee*.

---

On Appeal from the United States District Court
for the District of South Carolina
Civil Action No. 2:21-cv-01093-BHH

---

**RESPONSE TO MOTION TO DISMISS APPEAL AS MOOT**

---

# RESPONSE

Plaintiffs-Appellees Bishop of Charleston and South Carolina Independent College and Universities submit this response to Appellants' Motion to Dismiss their Appeal as moot. Plaintiffs-Appellees agree that this appeal is moot. This Court has already ruled that the merits of this case were moot in the companion case No. 22-1175. Plaintiffs-Appellees did not appeal that judgement, and that finding of mootness is binding here. It is therefore appropriate that Appellants' motion be granted, for the reasons stated by Appellants.

November 2, 2023

Respectfully submitted,

/s/ Reilly Stephens
Reilly Stephens
Dean McGee
Liberty Justice Center
440 N Wells St Suite 200
Chicago, IL 60654
312-263-7668
rstephens@libertyjusticecenter.org

Richard S. Dukes, Jr.
Turner Padget Graham & Laney, P.A.
40 Calhoun St, Suite 200
Charleston, SC 29401
(843) 576-2810
rdukes@turnerpadget.com

*Attorneys for Plaintiffs – Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this Response to the Motion to Dismiss Appeal as moot complies with Federal Rule of Appellate Procedure 27 because it has 78 words. I also certify that it complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it was prepared using Century Schoolbook, 14-point font.

/s/ Reilly Stephens

*Counsel for Plaintiffs-Appellants*