No. 21-1912

_____

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ORANGEBURG COUNTY SCHOOL DISTRICT; SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *Movants-Appellants*,

v.

BISHOP OF CHARLESTON, a Corporation Sole, d/b/a/ Roman Catholic Diocese of Charleston; Sole; SOUTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, INC., *Plaintiffs-Appellees*,

and

MARCIA ADAMS, in her official capacity as the Executive Director of the South Carolina Department of Administration; BRIAN GAINES, in his official capacity as budget director for the South Carolina Department of Administration; HENRY MCMASTER, in his official capacity as Governor of South Carolina, *Defendants-Appellees*,

and

STATE OF SOUTH CAROLINA, *Intervenor/Defendant-Appellee*.

_____

On Appeal from the United States District Court for the
District of South Carolina
(Civil Action No. 2.21-cv-01093-BHH)

_____

**STATE'S RESPONSE TO MOTION TO DISMISS**

_____

## RESPONSE

Appellee State of South Carolina does not oppose Appellants' Motion to Dismiss. The State agrees that the appeal is moot and that dismissal is appropriate.

November 6, 2023

Respectfully submitted,

*s/ Thomas T. Hydrick*

Alan Wilson
*Attorney General*
Robert D. Cook
*Solicitor General*
J. Emory Smith, Jr.
*Deputy Solicitor General*
Thomas T. Hydrick
*Assistant Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 11549
Columbia, SC 29211
thomashydrick@scag.gov
(803) 734-4127

*Counsel for the State of South Carolina*

## CERTIFICATE OF COMPLIANCE

I certify that this Response complies with Federal Rule of Appellate Procedure 27 because it has 25 words. I also certify that the response complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

November 6, 2023                                                        *s/ Thomas T. Hydrick*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing Response with the Clerk of the Court on November 6, 2023 using the CM/ECF System, which will send notice of such filing to all counsel of record.

November 6, 2023                                                              *s/ Thomas T. Hydrick*

3