FILED: November 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1912
(2:21-cv-01093-BHH)

_____

BISHOP OF CHARLESTON, a Corporation Sole, d/b/a Roman Catholic Diocese of Charleston; Sole; SOUTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, INC.

       Plaintiffs - Appellees

and

MARCIA ADAMS, in her official capacity as the Executive Director of the South Carolina Department of Administration; BRIAN GAINES, in his official capacity as budget director for the South Carolina Department of Administration; HENRY MCMASTER, in his official capacity as Governor of South Carolina

       Defendants - Appellees

and

STATE OF SOUTH CAROLINA

       Intervenor/Defendant - Appellee

v.

ORANGEBURG COUNTY SCHOOL DISTRICT; SOUTH CAROLINA STATE CONFERENCE OF THE NAACP

       Movants - Appellants

_____

O R D E R

_____

Upon consideration of submissions relative to appellants' motion to dismiss appeal, the court grants the motion and dismisses this appeal.

Entered at the direction of Judge Agee with the concurrence of Judge Harris and Senior Judge Motz.

                For the Court

                <u>/s/ Nwamaka Anowi, Clerk</u>